# EXHIBIT A
# Stock Certificate



Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025-1015

+1 650 614 7400
orrick.com

June 18, 2017

Andrew P. Barlow
(650) 614-7635
abarlow@orrick.com

**VIA FEDERAL EXPRESS**

Siu Muk Chan
Rise Huge Corporation Limited
Flat/RM 05-06 21/F
Officer Tower, Langham Place
8 Argyle Street
Mongkok KL
Hong Kong

*Re:   Twist Bioscience Corporation - Series D Preferred Stock Certificate*

Dear Mr. Chan:

In connection with the investment of Rise Huge Corporation Limited (the "Stockholder") in the Twist Bioscience Corporation Series D Preferred Stock Financing, please find enclosed the following Series D Preferred Stock Certificate (the "Certificate"):

| Stockholder | Certificate Number | Number of Shares |
|---|---|---|
| Rise Huge Corporation Limited | PD-96 | 4,427,459 |

Upon receipt of the Certificate, please coordinate with the appropriate individual on behalf of the Stockholder so they sign and return the enclosed Stock Certificate Receipt in the envelope provided to acknowledge that the Stockholder has taken possession of the Certificate.

Please feel free to contact me at (650) 614-7635 if you should have any questions regarding this matter. Thank you for your kind attention to this matter.

Very truly yours,



Andrew P. Barlow
Corporate Legal Assistant

Enclosure

This Action by Written Consent may be executed in counterparts, each of which shall be deemed an original and all of which together shall constitute one instrument.

STOCKHOLDERS:

RISE HUGE CORPORATION LIMITED

By: _____

Name: CHAN. SIU MUK

Title: Director

Address for notices:

FLAT/RM 05-06 21/F OFFICE TOWER
LANGHAM PLACE MONGKOK KL
HONG KONG

SEE REVERSE SIDE FOR RESTRICTIVE LEGEND(S)

Certificate Number
PD-96

*4,427,459* Shares
Series D Preferred Stock

## TWIST BIOSCIENCE CORPORATION
A Delaware Corporation

THIS CERTIFIES THAT **RISE HUGE CORPORATION LIMITED** is the record holder of **FOUR MILLION FOUR HUNDRED TWENTY SEVEN THOUSAND FOUR HUNDRED FIFTY NINE (4,427,459)** shares of **SERIES D PREFERRED STOCK** of **TWIST BIOSCIENCE CORPORATION** (the "Corporation") transferable only on the books of the Corporation by the holder, in person, or by duly authorized attorney, upon surrender of this Certificate properly endorsed or assigned.

This Certificate and the shares represented hereby are issued and shall be held subject to all the provisions of the Certificate of Incorporation and the Bylaws of said Corporation and any amendments thereto, to all of which the holder of this Certificate, by acceptance hereof, assents.

A statement of all of the rights, preferences, privileges, and restrictions granted to or imposed upon the respective classes and/or series of shares of stock of the Corporation and upon the holders thereof may be obtained by any stockholder upon request and without charge, at the principal office of the Corporation, and the Corporation will furnish any stockholder, upon request and without charge, a copy of such statement.

The shares of Series D Preferred Stock are convertible into Common Stock at the times and on the terms set forth in the Certificate of Incorporation of the Corporation.

IN WITNESS WHEREOF, the Corporation has caused this Certificate to be signed by its duly authorized officers this 30th day of May 2017.

_____
Emily Marine Leproust, Secretary

_____
Emily Marine Leproust, President

© GOES 746

LITHO IN U.S.A.

FOR VALUE RECEIVED _____ HEREBY SELLS, ASSIGNS AND TRANSFERS UNTO _____ _____ SHARES REPRESENTED BY THE WITHIN CERTIFICATE AND DOES HEREBY IRREVOCABLY CONSTITUTE AND APPOINT _____ ATTORNEY TO TRANSFER THE SAID SHARES ON THE SHARE REGISTER OF THE WITHIN NAMED CORPORATION WITH FULL POWER OF SUBSTITUTION IN THE PREMISES.

DATED _____ ____, _____

_____
(signature)

**NOTICE: THE SIGNATURE ON THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME AS WRITTEN UPON THE FACE OF THIS CERTIFICATE, IN EVERY PARTICULAR, WITHOUT ALTERATION OR ENLARGEMENT, OR ANY CHANGE WHATSOEVER.**

**THE SECURITIES REFERENCED HEREIN HAVE NOT BEEN REGISTERED UNDER THE SECURITIES ACT OF 1933, AND HAVE BEEN ACQUIRED FOR INVESTMENT AND NOT WITH A VIEW TO, OR IN CONNECTION WITH, THE SALE OR DISTRIBUTION THEREOF. NO SUCH SALE OR DISTRIBUTION MAY BE EFFECTED WITHOUT AN EFFECTIVE REGISTRATION STATEMENT RELATED THERETO OR AN OPINION OF COUNSEL IN A FORM SATISFACTORY TO THE COMPANY THAT SUCH REGISTRATION IS NOT REQUIRED UNDER THE SECURITIES ACT OF 1933.**

**THE SECURITIES REPRESENTED HEREBY ARE SUBJECT TO THE PROVISIONS OF A CERTAIN AMENDED AND RESTATED STOCKHOLDERS AGREEMENT, DATED AS OF JANUARY 8, 2016, INCLUDING CERTAIN RESTRICTIONS ON TRANSFER SET FORTH THEREIN. A COMPLETE AND CORRECT COPY OF SUCH AGREEMENT IS AVAILABLE FOR INSPECTION AT THE PRINCIPAL OFFICE OF THE COMPANY AND WILL BE FURNISHED UPON WRITTEN REQUEST AND WITHOUT CHARGE.**