AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:22-cv-6094 -LB

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **TWIST BIOSCIENCE CORP.** was received by me on *(date)* **October 18, 2022** .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **Dennis "Doe" (Asian, Male, 30's, 5'7", 170lbs., Black hair, Brown eyes), Lawyer** , who is designated by law to accept service of process on behalf of *(name of organization)* **TWIST BIOSCIENCE CORP. at 681 Gateway Boulevard, San Francisco, CA 94080 at 3:05 P.M.** on *(date)* **October 19, 2022** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **October 22, 2022**

*Server's signature*

**Jose Sanchez**

*Printed name and title*

**Ace Attorney Service, Inc.**
**811 Wilshire Boulevard, Suite 900**
**Los Angeles, CA 90017**
**Phone: (213) 623 - 3979 / Fax: (213) 623 - 7527**
**Registration No.: 1577 / County: ALAMEDA**

*Server's address*

Additional information regarding attempted service, etc:

**In addition to the SUMMONS, the following were also served: 1.) COMPLAINT FOR DECLARATORY RELIEF 2.) CIVIL COVER SHEET 3.) ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

MA KA LAM V. RISE HUGE CORPORATION LTD., ET AL                                                                            #2116595AS