UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MA KA LAM<br><br>    *Plaintiff,*<br> v.<br><br>RISE HUGE CORPORATION LTD., and TWIST BIOSCIENCE CORP.<br><br>    *Defendants*. | Case No. 3:22-cv-06094-LB<br><br>**[PROPOSED] ORDER ON PLAINTIFF's ADMINISTRATIVE MOTION TO SEAL EXHIBIT AND IDENTIFYING INFORMATION** |

Before the Court is the Administrative Motion of Plaintiff Ma Ka Lam to seal Exhibit B to Plaintiff's Complaint (ECF No. 1-2), and to redact certain identifying information in Plaintiff's Complaint (ECF No. 1). In view of the Motion, it is hereby ordered that:

1. Exhibit B to Plaintiff's Complaint (ECF No. 1-2), is sealed, and access to that docket entry is limited to case participants; and

2. Plaintiff's Complaint (ECF No. 1), is sealed, and access to that docket entry is limited to case participants, but Plaintiff is directed to file a redacted Complaint, which shall be available on the public docket. The redacted Complaint must contain identical redactions to those proposed in Plaintiff's motion to seal.

IT IS SO ORDERED.

Dated: December 20, 2022

LAUREL BEELER
UNITED STATES MAGISTRATE JUDGE