JEAN-PAUL CIARDULLO (CA BAR 248170)
Foley & Lardner LLP
555 South Flower Street, Suite 3300
Los Angeles, CA 90071
Phone: 213-972-4500
Fax: 213-486-0065
jciardullo@foley.com

CALEB KRUCKENBERG (*Pro Hac Vice*)
Capitol Law Group PLLC
800 Maine Ave. SW, Suite 200
Washington DC 20024
Phone: (202)964-6466
caleb@capitol.law

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MA KA LAM<br><br>*Plaintiff*,<br><br>v.<br><br>RISE HUGE CORPORATION LTD., and TWIST BIOSCIENCE CORP.<br><br>*Defendants*. | Case No. 3:22-cv-06094-LB<br><br>**REQUEST TO THE CLERK TO ENTER DEFAULT AS TO DEFENDANT RISE HUGE CORPORATION LTD.**<br><br>Location: San Francisco Courthouse, Courtroom B – 15th Floor<br><br><u>Honorable Laurel Beeler</u> |

Plaintiff Ma Ka Lam hereby respectfully requests that the Clerk enter default against Defendant Rise Huge Corporation Ltd. ("Rise Huge") for failure to timely respond (or otherwise communicate with Plaintiff) following lawful service of the Summons and Complaint on **December 19, 2022**.

Plaintiff filed this action on October 17, 2022 (Dkt. 1), and thereafter promptly engaged a trusted vendor to assist with properly serving Rise Huge in China pursuant to the Hague Convention. As attested in the affidavit attached as **Exhibit 1** hereto, service was completed at Rise Huge's Registered Address (Room 1502, 15/F, Harcourt House, No. 39 Gloucester Road, Wanchai, Hong Kong, China) on December 19, 2022. Service at the Registered Address was sufficient in itself under Article 10 of the Hauge Convention, however, for completeness, Plaintiff also in parallel served a second address (8 Argyle Street, Mongkok Kowloon, Hong Kong, China), as attested to in the affidavit attached as **Exhibit 2** hereto, because this was a business address that appeared on a letter from Defendant Twist Bioscience Corp. to Rise Huge. Either way, it has been more than 21 days since proper service of the Summons and Complaint, and Rise Huge has not responded or otherwise contacted Plaintiff.

Plaintiff therefore respectfully requests that the Clerk of the Court enter a default against Rise Huge.

Dated: January 20, 2023

Respectfully Submitted,

*/s/ Jean-Paul Ciardullo*
JEAN-PAUL CIARDULLO (CA BAR 248170)
Foley & Lardner LLP
555 South Flower Street, Suite 3300
Los Angeles, CA 90071
Phone: 213-972-4500
Fax: 213-486-0065
jciardullo@foley.com

CALEB KRUCKENBERG (*Pro Hac Vice*)
Capitol Law Group PLLC
800 Maine Ave. SW, Suite 200
Washington DC 20024
Phone: (202)964-6466
caleb@capitol.law

*Attorneys for Plaintiff*