# EXHIBIT 1

# DECLARATION

I  Ng Loi Ping  (name), of  Suite 2207, Tower 2, Lippo Centre 89 Queensway, Admiralty, Hong Kong  (address), solemnly and sincerely declare that:

This information contained in the Statement attached marked "A", "B", "C" is true and correct.

And I make this solemn declaration conscientiously believing the same to be true and by virtue of the Oaths and Declarations Ordinance.

(signature of declarant)

Declared at  Wan Chai District Office  in the HKSAR this ......... day of  − 6 JAN 2023  20........,

~~through the interpretation of~~ .................... (name) of ....................
.................... (address and occupation), the said interpreter having been also first declared/sworn* ~~that he/she*~~ had truly, distinctly, and audibly interpreted the contents of this document to the ~~declarant~~, and that he/she* would truly and faithfully interpret the declaration about to be administered to ~~him/her*.#~~

Before me,

LAI Wing-chung
Commissioner for Oaths

~~I, .................... (name), of .................... (address), solemnly and sincerely declare/swear* that I well understand the official language in which this document is written and .................... language and that I have truly, distinctly, and audibly interpreted the contents of this document to the declarant .................... (name), and that I will truly and faithfully interpret the declaration about to be administered to him/her*.~~

(signature of interpreter)

Declared/Sworn* at .................... in the HKSAR this ......... day of .................... 20........

Before me,

.................... 
~~Commissioner for Oaths#~~

\# # Please delete the relevant paragraphs if no interpreter is involved
\* Please delete where appropriate
HAD 5 (S) Rev. 10/2020

Ma Ka Lam, et. al., Plaintiff(s)
vs.
Rise Huge Corporation Ltd. and Twist Bioscience Corp., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**
CivilActionGroup.com

APS File: 284065-1

# AFFIDAVIT OF SERVICE ON A CORPORATION

Service in a foreign country pursuant to Article 10 of the Hague Service Convention

--Rise Huge Corporation Ltd.
Court Case No. 3:22-cv-06094

**Law Firm Requesting Service:**
**FOLEY & LARDNER**
Mr. Jean-Paul Ciardullo
555 S. Flower St., Ste. 3300
Los Angeles, CA 90071-2411

| | |
|---|---|
| **Name of Server:** | **Ng Loi Ping**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action; |
| **Date/Time of Service** | that on **19-Dec-2022 02:00 pm** |
| **Place of Service:** | Room 1502, 15/F, Harcourt House, No. 39 Gloucester Road, Wanchai, Hong Kong, China |
| **Documents Served:** | the undersigned served the documents described as: |

**Summary of the Document to be Served, Summons in a Civil Action, Complaint for Declaratory Relief, Exhibit A - Stock Certificate, Exhibit B - Artibration Award, Case No. HKIAC/A20173, Exhibit C - July 5, 2022 Letter, Civil Cover Sheet, Notice of Electronic Filing of Document Number 4 Re: Notice of Assignment of Case to United States Magistrate Judge for Trial, Order Setting Initial Case Management Conference and ADR Deadlines, Consenting to a Magistrate Judge's Jurisdiction in the Northern District of California Brochure, Notice of Electronic Filing of Document Number 9 Re: Initial Case Management Conference, Standing Order for United States Magistrate Judge Laurel Beeler, Procedures for Telephone Appearances - Magistrate Judge Laurel Beeler, [Blank] Exhibit List, Standing Order for all Judges of the Norther District of California - Contents of Joint Case Management Statement,**

**Service of Process on, Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Rise Huge Corporation Ltd.**
By delivering them into the hands of an officer, managing agent, or other person authorized to accept service of process, whose name and title is
**Ms. Chiu, receptionist**

**Foreign Law:** **In accordane with the law of Hong Kong, by serving at Corporate Company Secretary, D & T Corporate Services Company**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **F** ; Skin Color **Chinese** ; Hair Color **Black** ; Facial Hair **N/A**
Approx. Age **23** ; Approx. Height **5'01"** ; Approx. Weight **100 lbs**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Ng Loi Ping*
Signature of Server

APS International, Ltd.
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122

Subscribed and sworn to before me this **6th** day of **January**, 20**23**

Notary Public    (Commission Expires)

This is the exhibit marked "A" referred to in the Declaration of NG LOI PING declared before me on 6 JAN 2023

LAI Wing-chung
Commissioner for Oaths

I, Ng Loi Ping, do hereby state:

1. I am a non-party to this action over 21 years of age;

2. I am authorized to serve legal process in Hong Kong, China;

3. On 19th December 2022, at approximately 13:58p.m. I arrived at Room 1502, 15th Floor, Harcourt House, No. 39 Gloucester Road, Wanchai, Hong Kong, China with the intention of serving legal documents on Rise Huge Corporation Limited.

4. I was met by the receptionist, who identified herself as Ms. Chiu, a Chinese woman, approximately 23 years of age, about 5 feet 1 inches in height, 100 pounds with long black hair in a pony tail, wearing a pair of glasses and a mask, who accepted the documents in the envelope I gave her on behalf of Rise Huge Corporation Limited. I also gave her an additional page of Summary of the Document to be Served; requesting her to seal this page with the company seal of the Defendant as an acknowledgement of receipt of the envelope. She affixed the company's seal of D & T Corporate Services Company Limited which is the Corporate Company Secretary of the Defendant on this page as acknowledging receipt of the documents; please see **Exhibit "A"**. I wrote her surname, the time and date of service below the said company seal at approximately 14:00p.m.

5. Service has been effected upon Defendant, Rise Huge Corporation Limited by a method prescribed by the internal law of Hong Kong, China for civil matters within this jurisdiction, and thus in accordance with Article 10(c) of the *Hague Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters*; and

6. All information herein given accords with the rules and customary procedures applicable in the Hong Kong Special Administrative Region at the time of effecting service.

   I declare under penalty of perjury under the laws of the United States and Hong Kong that the forgoing statements are true and accurate to the best of my knowledge and belief.

_6th January 2023_
Date

_Ng Loi Ping_
Ng Loi Ping, Process Server

This is the exhibit marked "B" referred to in the Declaration of NG LOI PING declared before me on 6 JAN 2023
LAI Wing-chung
Commissioner for Oaths

# SUMMARY OF THE DOCUMENT TO BE SERVED

**Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.**

*Convention relative à la signification et à la notification à l'étranger des actes judiciaries et extrajudiciares en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

---

Identity and address of the addressee/ Identité et adresse du destinataire

**Rise Huge Corporation Ltd.**
Room 1502, 15/F, Harcourt House, No. 39 Gloucester Road
Wanchai Hong Kong, China

---

## IMPORTANT

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE 'SUMMARY OF THE DOCUMENT TO BE SERVED' WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD HOWEVER READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO: State Bar of California: 180 Howard Street, San Francisco, CA 94105, USA; Tel: (415) 538-2000; Online: www.calbar.ca.gov; Lawyer Referral Service Online: www.calbar.ca.gov/Public/Need-Legal-Help/Lawyer-Referral-Service

## IMPORTANT

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES «ELEMENTS ESSENTIELS DE L'ACTE» VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDEISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MEME DU DOCUMENT. IL PEUT ETRE NECESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITE D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE SOIT DANS VOTRE PAYS SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITES D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORINIE PEUVENT ETRE ADDRESSEES: State Bar of California: 180 Howard Street, San Francisco, CA 94105, USA; Tel: (415) 538-2000; Online: www.calbar.ca.gov; Lawyer Referral Service Online: www.calbar.ca.gov/Public/Need-Legal-Help/Lawyer-Referral-Service

---

This is the exhibit marked "C" referred to in the Declaration of NG LOI PING declared before me on -6 JAN 2023

LOI Wing-chung
Commissioner for Oaths

Ms. Chiu
14:00 p.m.
19th Dec. 2022