# EXHIBIT 2

# DECLARATION

I <u>Ng Loi Ping</u> (name), of <u>Suite 2207, Tower 2, Lippo Centre</u> <u>89 Queensway, Admiralty, Hong Kong</u> (address), solemnly and sincerely declare that:

This information contained in the Statement attached marked "A", "B", "C" is true and correct.

And I make this solemn declaration conscientiously believing the same to be true and by virtue of the Oaths and Declarations Ordinance.

(signature of declarant)

- 6 JAN 2023

Declared at <u>Wan Chai District Office</u> in the HKSAR this ........ day of .................. 20........,

*through the interpretation of .................. (name) of ..................

.................. (address and occupation), the said interpreter having been also first declared/sworn* that he/she* had truly, distinctly, and audibly interpreted the contents of this document to the declarant, and that he/she* would truly and faithfully interpret the declaration about to be administered to him/her*.#

Before me,

LAI Wing-chung

..................
Commissioner for Oaths

#I, .................. (name), of ..................

.................. (address), solemnly and sincerely declare/swear* that I well understand the official language in which this document is written and .................. language and that I have truly, distinctly, and audibly interpreted the contents of this document to the declarant .................. (name), and that I will truly and faithfully interpret the declaration about to be administered to him/her*.

..................
(signature of interpreter)

Declared/Sworn* at .................. in the HKSAR this ........ day of .................. 20........

Before me,

..................
Commissioner for Oaths#

# # Please delete the relevant paragraphs if no interpreter is involved
* Please delete where appropriate
HAD 5 (S) Rev. 10/2020

I, Ng Loi Ping, do hereby state:

1. I am a non-party to this action over 21 years of age;

2. I am authorized to serve legal process in Hong Kong, China;

3. On 17th December 2022, at approximately 11:36a.m. I arrived at Langham Place, 8 Argyle Street, Mongkok Kowloon, Hong Kong, China with the intention of serving legal documents on Rise Huge Corporation Limited.

4. I was told by one of staff of Rooms 2101-02 that personnel of Rooms 2105-06 that they do not work on Saturday morning. There was no sign or any name listing outside of the Rooms 2105-06. The Directory of the Office Tower, had no listing of Rise Huge Corporation Limited nor of Rooms 2105-06. I was informed by a male security guard that according to their internal records, the registered name of the occupant in the Rooms 2105-06 is Dr. Reborn.

5. On 19th December 2022, at approximately 12:40p.m. I arrived at Flat/Room 2105-06, 21st Floor, Office Tower, Langham Place, 8 Argyle Street, Mongkok, Kowloon, Hong Kong, China with the intention of serving legal documents on Rise Huge Corporation Limited.

6. I pressed the door bell, the door was open for my entry, I stood in the door for several minutes without anyone meeting me. The office, is an open working area, there are at least 7 rows of desks, each row has at least 7 work tables for its workers. I asked one of female workers, who was sitting in the first left row, with the second seat, facing the office wall. I was told that they have many companies and different workers in this office. Finally, a male worker, a Chinese man, approximately 28 years of age, about 5 feet 3 inches in height, 145 pounds with short black hair, wearing a gray mask approached me. I gave him an additional page of Summary of the Document to be Served; he told me that he had to check with his co-workers regarding Rise Huge Corporation Limited and its staff for this package. He almost turned a circle in the office to check with other workers knew about this company. Eventually, he changed his friendly attitude and said that no staff recognized this company's name and the names of Directors and Shareholders of Chen Shaoan and Chan Siu Muk. I asked him where was the office mailbox, he said that they did not have a mailbox in this office. After he returned back to his seat, I left the legal documents in an envelope addressed to Rise Huge Corporation Limited on the top of a paper box, inside and behind the office door.

7. I returned back to the Hall of Office Tower, at approximately 13:02p.m. I consulted with a female building officer, Ms. Chan, a Chinese lady, approximately 26 years of age, about 5 feet 2 inches in height, 115 pounds with long brown & black hair in a pony tail, wearing a pair of glasses and a white mask, who told me that Dr. Reborn has many offices on different floors in this building and Dr. Reborn's head office is located on the 50th Floor in the same Office Tower.

8. I went to 50th Floor, at approximately 13:05p.m. the name on the sign in the reception area is: EC Healthcare - 醫思健康 under HKEx Stock Code: 2138. The receptionist, who identified herself as Ms. Gao, a Chinese woman, approximately 30 years of age, about 5 feet 3 inches in height, 120 pounds with long brown & black hair, wearing a black mask, said that 2105-06 is one of their offices, but she also did not recognize Rise Huge Corporation Limited and the names of Directors and Shareholders of Chen Shaoan and Chan Siu Muk. She made several phone calls in the reception area and finally she stood up and went into the inside office to check who was responsible for this company's package, at approximately 13:12p.m.

9. After several minutes, Ms. Gao returned and changed her attitude saying, that no one recognized this company and the Directors and Shareholders of Chen Shaoan and Chan Siu Muk, she returned the package of documents back to me.

10. I went to the Gloucester Road Post Office, and arrived there at approximately 14:25p.m., where by registered mail I sent the legal documents to be served in an envelope I gave to the post officer to be mailed to Rise Huge Corporation Limited at Rooms 05-06, 21st Floor, Office Tower, Langham Place, 8 Argyle Street, Mongkok, Kowloon, Hong Kong. I received a Hong Kong Post Office Receipt No.: GLR-221219-0000294 for sending legal documents by registered mail at approximately 14:36p.m. Please see **Exhibit "A"**.

11. The Registered Mail successfully delivered the legal documents in a sealed envelope addressed to Rise Huge Corporation Limited on 21st December 2022 by the Hong Kong Post. Please see **Exhibit "B"**.

12. Service has been attempted and successfully served on Defendant, Rise Huge Corporation Limited by a method prescribed by the internal law of Hong Kong, China for civil matters within this jurisdiction, and thus in accordance with Article 10(c) of the *Hague Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters*; and

13. All information herein given accords with the rules and customary procedures applicable in the Hong Kong Special Administrative Region at the time of effecting service.

I declare under penalty of perjury under the laws of the United States and Hong Kong that the forgoing statements are true and accurate to the best of my knowledge and belief.

_6th January 2023_
Date

_Ng Loi Ping_
Ng Loi Ping, Process Server

This is the exhibit marked "A" referred to in the Declaration of NG LOI PING declared before me on 6 JAN 2023

LAI Wing-chung
Commissioner for Oaths

Exhibit "A"


**Hongkong Post** 香港郵政  告士打道郵政局 Gloucester Road Post Office

收據編號 Receipt No.: GLR-221219-0000294
(非作郵件追蹤之用 / Not for mail tracking)

日期 / 時間: 19-12-2022 14:36
Date / Time

掛號郵件 Registered Mail

| 郵件編號 Item No. | 目的地 DES | 投寄方式 CAT | 類別 TYPE | 重量公斤 WGT | 掛號費用 FEE | 全數應付 Postage |
|---|---|---|---|---|---|---|
| RH199640733HK | HK | L | E | 0.895 | S15.5 | $30.0 |

郵件總額 Item Total $45.5
郵件總數 / Total Number of Items: 1
實付金額 Net Amount $45.5

總額 Total $45.5
八達通付款 Octopus Payment
八達通號碼 Octopus No. 75657687
機號 Device No. 4191BF
扣除金額 Amount Deducted $45.5
餘額 Remaining Value $163.1
上一次於 2022-12-10 現金增值
Last add value by Cash on 2022-12-10

寄件資料 Posting Information
RH199640733HK

Flat / Room 05-06, 21th Floor
Officer Tower, Langham Place
8 Argyle Street, Mongkok
Kowloon, Hong Kong

疫情期間，郵差派遞須簽收郵件時不會要求收件人簽署，但會記錄派遞結果。就過去7天內有陽性檢測個案的大廈，須簽收而又能完全投入信箱的郵件或會放入大堂信箱並記錄派遞結果。未能投入信箱的郵件或會發出領取郵件通知卡。就疫情下的特別安排，請瀏覽香港郵政網頁。
During the epidemic, postman will not request the addressee to sign for receipt but will record the delivery result. For buildings with residents tested positive in the past 7 days, mail items requiring signature for receipt which can be fully inserted into the letter box may be delivered into the letter boxes in the lobbies with records marked. For mail items which cannot be inserted into the letter box, mail collection notification cards may be issued. For the special measures under epidemic, please visit Hongkong Post website.

備註: CAT投寄方式: "L"為本地、"A"為空郵、"S"為平郵
Remarks: CAT: "L" for Local, "A" for Air and "S" for Surface

多謝惠顧 Thank You

此收據為正式收據及上列郵件的投寄證明書，本署並不會再發出其他收據。
收據上之字體會褪色，如有需要，請自行影印。
如有任何爭議，香港郵政保留最終決定權。
This receipt is the official proof of payment and certificate of posting for the mail listed above, and no other receipt will be issued. The words on this receipt will fade out, please make copies if necessary. In the event of any dispute, Hongkong Post reserves the right of final decision.


This is the exhibit marked "B" referred to in the Declaration of NG LOI PING declared before me on -6 JAN 2023
[signature]
Commissioner for Oaths



Exhibit "B"
繁 | 简

# Track and Trace

## Postal services to certain destinations subject to delay

Track Other Items

Item Number:

**RH199640733HK**  Local Registered Letter

**Destination**
HONG KONG

**Posting Date**
19-12-2022

**Posting Time**
14:36

**Drop-off Point**
Gloucester Road Post Office

*This is the exhibit marked "C" referred to in the Declaration of NG LOI PING declared before me on 6 JAN 2023*
*LAI Wing-chung, Commissioner for Oaths*

## Tracking Details [1]

| Accepted by post office | Being processed |
| Left Origin | Arrived at Destination |
| Delivered | |

| Date & Time * | Location | Delivery Status [2] |
|---|---|---|
| 19-12-2022 14:36 | HONG KONG | Posted |
| 21-12-2022 07:48 | HONG KONG | Arrived at delivery office |
| 21-12-2022 11:45 | HONG KONG | Delivered |

* Local time at location

[1] Processing and delivery information of mail at the destination is supplied by the destination postal

administration. According to the international postal operation arrangements of the Universal Postal Union, postal administrations are not bound to release processing and delivery information of registered mail.

² Major overseas destinations, including the USA, Canada, the Netherlands, Germany and Australia, have ceased to provide tracking information of registered mail.

For further enquiry concerning this mail item, please submit a completed mail enquiry form together with a copy of the certificate of posting within the enquiry period*. Please note that to initiate an enquiry with the delivery agent at the destination, relevant information including the names of the sender and the addressee, the full delivery address as well as the mail content must be provided. If you wish to furnish us with supplementary information concerning your mail tracing request by email, please quote our reference number or the mail item number.

* Enquiries about Speedpost items and other postal items (except for Vantage items) must be made within 3 months and 5 months respectively from the date of posting. Any enquiries regarding loss of items posted through Vantage service must be made within 3 months from the date of posting; other enquiries (including damage to items) must be made within 14 days from the date of successful delivery.

For further enquiry of this item, you may contact us at (852) 2921 2222.

### News Related to The Destination

---

2021 © | Important Notices | Privacy Policy | Related Link | FAQ | Contact Us

