UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MA KA LAM,<br>    Plaintiff,<br><br>v.<br><br>RISE HUGE CORPORATION LTD. and TWIST BIOSCIENCE CORP,<br>    Defendants. | CASE NO. 3:22-cv-06094-~~LB~~ TLT<br><br>~~[PROPOSED]~~ ORDER GRANTING UNOPPOSED MOTION TO ENLARGE TIME TO RESPOND TO COMPLAINT |

1. Having considered Respondent Rise Huge Corporation Ltd's Unopposed Motion to Enlarge Time to Respond to Complaint pursuant to Civil Local Rule ~~6-2(b)~~ 6-3(d), and the time for opposition having passed,

2. IT IS HEREBY ORDERED THAT Respondent Rise Huge's Motion is GRANTED. Therefore: Defendant Rise Huge's Response to Complaint shall be due on **March 13, 2023**.

SO ORDERED

DATED: March 6, 2023

Trina L. Thompson
United States District Judge