Exhibit 1: Excerpts from Award of qualifiers

| S/N | Sections where Tribunal qualified their findings | Quote |
|---|---|---|
| 1. | Para 24 | "The terms of the alleged Settlement-in-Kind were said to have included the transfer from Madam Xu to the Chen Brothers of her alleged beneficial ownership of the 2017 Twist Investment and Sisram Investment, the cancellation of the Chen Brothers' alleged corresponding 'loans' to Madam Xu and, importantly **for the purposes of this Arbitration**, the alleged Settlement-in-Kind afforded the Chen Brothers the right to take up the opportunity of the 2018 Twist Investment in Madam Xu's place" |
| 2 | Para 74 | PO7 also recorded the Parties' agreed **stipulation for the purposes of the Tribunal's decision on the Preliminary Question Issue** as regards beneficial ownership of the 2018 Twist Investment. |
| 3 | Para 108 | The Tribunal has decided that, save where expressly treated otherwise in this Award, **for the purposes of its decision on the Preliminary Question Issue** any distinction between the business dealings of the Chen Brothers and of Zhonghengtai is immaterial and hence references to the business dealings of any of 'Mr. Chan', 'Mr. Chen', the 'Chen Brothers' or 'Zhonghengtai' are where the context admits to be treated as references to the business dealings of the Chen Brothers whether individually or through Zhonghengtai, or indeed any other corporate entity or entities owned by them. |
| 4 | 109 | **For the purposes of this Arbitration**, the Tribunal has treated funds emanating from the Puning Jinxin account |

| | | |
|---|---|---|
| | | as having been joint funds of Mr. Ma and Madam Xu, which on the various occasions described below in this Award, were provided to Ms. Ma as 'family money', in the form of a gift. |
| 5 | 111 | Finally, for the sake of completeness, as regards the relationship between Ms. Ma and Jiangxing, the position is generally clearer, since Jiangxing's only role which is relevant **for the purposes of this Award** was to assist Ms. Ma with investments which she claims as her own or which, on the Claimant's case, were owned at different times either by Madam Xu or indirectly by the Chen Brothers themselves, as owners of Rise Huge. |
| 6 | 232 | It is therefore, for the sake of efficiency **for the purposes of this application**, content to proceed on the basis of an agency relationship. Ms. Ma's team, slightly overstating the Claimant's position, say that Claimant is correct in its supposition that the proper way to analyse the relationship in this context is as one of principal and agent, pointing out that, although Ms. Ma in her statements uses the language of 'agency' and 'nomineeship' interchangeably "that is hardly surprising given that she is a non-lawyer". |
| 7 | 241 | In light of the above, the Tribunal's decision on the burden of proof is that, as the applicant, it is for Ms. Ma to prove her case in order to establish beneficial ownership of the 2018 Twist Investment **of which Rise Huge is the undisputed legal owner**. In this regard, the preliminary decision of HKIAC, which was in the nature of an administrative decision, creates no presumption which impacts upon the burden of proof **for the purposes of the Tribunal's determination of the Preliminary Question Issue.** |

| 8 | 253 | During the course of the Arbitration, the Tribunal recorded the Parties' agreed stipulation that: '**For the purposes of its decision on the Preliminary Question**, the Parties agree that whichever of [Rise Huge] or [Ms. Ma] is held by the Tribunal to be the beneficial owner of the 2018 Twist Investment shall be the true principal and/or party to the Second Amended LPA'. |
|---|---|---|
| 9 | 270 | However, the Tribunal finds that, as the Claimant itself argues, in order to decide the Preliminary Question Issue **for the purposes of Ms. Ma's present application**, it does not need to reach a conclusion on the validity or otherwise of the Xinyang loan and the purported ECA's with 'silent co-investors' comprising Highkin, Hangpai, Shengli and DXH. |
| 10 | 285 | "On the basis of all of the evidence before it, upon full and careful consideration of the issues raised by the Parties and for the reasons set out above, the Tribunal:<br>(1) Declares that Ms. Ma Ka Lam, the Additional Party in this Arbitration, and not Rise Huge, is the true principal and true party to the Second Amended LAP.<br>(2) Dismisses **all other claims, applications and requests** relating to the Preliminary Question Issue.<br>(3) Reserves all matters concerning costs and further procedural directions, if any, in these proceedings to further Order. |