UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MA KA LAM,<br><br>    Plaintiff,<br><br>    v.<br><br>RISE HUGE CORPORATION LTD. and TWIST BIOSCIENCE CORP,<br><br>    Defendants. | CASE NO. 3:22-cv-06094-LB<br><br>**DECLARATION OF CHAN SIU MUK IN SUPPORT OF MOTION TO DISMISS AND FOR STAY OF PROCEEDINGS** |

1. I Chan Siu Muk, declare as follows

2. I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto. Insofar as the facts deposed to herein are within my personal knowledge, they are true. Insofar as matters deposed are not within my personal knowledge, they are true to the best of my information and belief.

3. I wish to state at the outset that due to my very limited educational background, I do not understand or read English. I have relied on Rise Huge's legal representatives in preparing this Declaration. The contents of this Declaration have been explained to me in Mandarin Chinese by my executive assistant, Mr. Lu Ang, who has previously made a Declaration in this action.

4. I am a director and shareholder of the Defendant Rise Huge. I am duly authorized by Rise Huge to make this declaration on its behalf.

5. My brother and I ("We" or "Chen Brothers") had a longstanding and close personal and business relationship with the Plaintiff's parents, Mr. Ma Xingtian and Madam Xu Dongjin ("Madam Xu", and, together with Mr. Ma Xingtian, "Ma's Parents"), as We hailed from the same hometown as Mr. Ma Xingtian.

6. We were in the financing/money-lending business, and Ma's Parents at the time were the ultimate owners and *de facto* controllers of a pharmaceutical company listed on the Shanghai Stock Exchange in China. From late 2015 to late 2018, through a number of businesses operated by the us, We provided both funding and nominee services to Ma's Parents, including but not limited to advancing billions of Chinese Renminbi to them.

7. Sometime in 2017, Madam Xu contacted me by phone to inquire about borrowing funds for an offshore investment. Shortly after that phone call, I met with Madam Xu in person at either her home or office, both of which were in Shenzhen, China, to discuss the details of the proposed transaction. It was later orally (in Mandarin Chinese) agreed between myself and Madam Xu in China that:

   a. We would lend her the required funds for making the 2017 Twist Investment; and
   b. We would also allow her to use Rise Huge, a Hong Kong company jointly owned by the Chen Brothers, as a nominee to hold the 2017 Twist Investment on her behalf.

8. Based on the aforesaid oral agreement entered into between Madam Xu and I, on or about 29 May 2017, I caused Rise Huge to pay from its Hong Kong bank account a sum of around US$9.5 million to the New York Citibank Private Bank account of Orrick Herrington & Sutcliffe LLP ("Orrick"), counsel for Twist, in settlement of the acquisition cost of the 2017 Twist

Investment.

9. I also later, on or around 7 June 2017, in Shenzhen, China, executed the Stock Purchase Agreement concerning the 2017 Twist Investment on behalf of Rise Huge. **Exhibit A.** Subsequently on 18 June 2017, Orrick sent the stock certificate in respect of the 2017 Twist Investment to Rise Huge's then registered office in Hong Kong by courier.

10. Madam Xu was later unable to repay the Chen Brother's/Rise Huge's loan for the 2017 Twist Investment. As a result of her inability to pay, in or around early 2018, Madam Xu agreed to forfeit her interest in the 2017 Twist Investment, and since then, Rise Huge ceased to be a nominee for, and became the true and ultimate legal and beneficial owner of, the 2017 Twist Investment.

11. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on 13 March 2023.

Signature: _____

Printed Name: CHAN SIU MUK

Address: 78/A, Tower 1, The Hermitage, 1 Hoi Wang Road, Kowloon, Hong Kong.

Phone Number: +852 - 68222211