Daniel Tan, Esq. (SBN 275413)
dan@dantanlaw.com
Dan Tan Law
305 Broadway, Suite 750
New York, NY 10007
T: (646) 580-0080
Attorney for Defendant Rise Huge Corporation

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MA KA LAM,<br><br>  Plaintiff,<br><br>  v.<br><br>RISE HUGE CORPORATION LTD. and TWIST BIOSCIENCE CORP,<br><br>  Defendants. | CASE NO. 3:22-cv-06094-TLT<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS AND/OR MOTION TO STAY**<br><br>DATE: APRIL 25, 2023<br>TIME: 2.00 PM<br>COURTROOM 9, 19TH FLOOR<br>JUDGE: HON TRINA L. THOMPSON |

1. **Having considered Defendant Rise Huge Corporation Ltd's Motion to Dismiss pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure, for a dismissal of this action for (1) lack of personal jurisdiction, (2) failure to state a claim upon which relief can be granted, and (3) in the alternative, a stay of these proceedings pending the resolution of a setting aside of the arbitration award before the Hong Kong Courts pursuant to this Court's inherent power to control its own docket.**

2. **IT IS HEREBY ORDERED THAT Defendant Rise Huge's Motion to Dismiss is Granted / Motion to stay this case pending the resolution of the Hong Kong set aside proceedings is Granted.**

**SO ORDERED**

DATED:_____

_____
HON TRINA L. THOMPSON

UNITED STATES DISTRICT JUDGE