```
1  JEAN-PAUL CIARDULLO (CA BAR 248170)
   Foley & Lardner LLP
2  555 South Flower Street, Suite 3300
   Los Angeles, CA 90071
3  Phone: (213) 972-4500
   Fax: (213) 486-0065
4  jciardullo@foley.com

5  CALEB KRUCKENBERG
   Capitol Law Group PLLC
6  800 Maine Ave. SW, Suite 200
   Washington DC 20024
7  (202)964-6466
   caleb@capitol.law
8  Appearing Pro Hac Vice

9  Attorneys for Plaintiff
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| MA KA LAM,<br><br>    Plaintiff,<br><br>    vs.<br><br>RISE HUGE CORPORATION LTD.,<br><br>and<br><br>TWIST BIOSCIENCE CORP.<br><br>    Defendants. | Case No.: 3:22-CV-6094 |

## DECLARATION OF CALEB KRUCKENBERG

I, Caleb Kruckenberg, state under penalty of perjury that the following is true and correct to the best of my present knowledge, information and belief:

1. I am an attorney admitted to practice law in the Commonwealths of Pennsylvania and Virginia, the State of New York, and the District of Columbia, and am appearing *pro hac vice* in this matter.

2. I am counsel for Plaintiff Ma Ka Lam.

- 1 -

3. The statements made in Plaintiff's Motion to Seal Exhibits are true and accurate to the best of my present knowledge, information and belief.

4. It is necessary to seal the Exhibits to Plaintiff's Response in Opposition to Defendant Rise Huge's Motion to Dismiss to protect confidentiality associated with the underlying arbitration award.

DATED: May 9, 2023

_____
*Caleb Kruckenberg*