UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MA KA LAM<br><br>     *Plaintiff*,<br> v.<br><br>RISE HUGE CORPORATION LTD., and TWIST BIOSCIENCE CORP.<br><br>     *Defendants*. | Case No. 3:22-cv-06094<br><br>**[PROPOSED] ORDER ON PLAINTIFF's ADMINISTRATIVE MOTION TO SEAL EXHIBITS** |

**ORDER**
**CASE NO. 3:22-CV-06094**

4854-6128-5180.1

Before the Court is the Administrative Motion of Plaintiff Ma Ka Lam to seal Exhibits 1, 1-1, 1-2, 2, 3, 4, 5, and 6 to Plaintiff's Response in Opposition to Defendant Rise Huge Ltd.'s Motion to Dismiss. In view of the Motion, it is hereby ordered that these documents are sealed, and access to those docket entries is limited to case participants.

IT IS SO ORDERED.


Dated: _____                        _____
                                                TRINA L. THOMPSON
                                                UNITED STATES DISTRICT JUDGE