JEAN-PAUL CIARDULLO (CA BAR 248170)
Foley & Lardner LLP
555 South Flower Street, Suite 3300
Los Angeles, CA 90071
Phone: (213) 972-4500
Fax: (213) 486-0065
jciardullo@foley.com

CALEB KRUCKENBERG
Capitol Law Group PLLC
800 Maine Ave. SW, Suite 200
Washington DC 20024
(202)964-6466
caleb@capitol.law
Appearing *Pro Hac Vice*

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MA KA LAM | Case No.: 3:22-CV-6094 |
| Plaintiff, | |
| vs. | |
| RISE HUGE CORPORATION LTD., | |
| and | |
| TWIST BIOSCIENCE CORP. | |
| Defendants. | |

**DECLARATION OF CALEB KRUCKENBERG**

I, Caleb Kruckenberg, state under penalty of perjury that the following is true and correct to the best of my present knowledge, information and belief:

1. I am an attorney admitted to practice law in the Commonwealths of Pennsylvania and Virginia, the State of New York, and the District of Columbia, and am appearing *pro hac vice* in this matter.

2. I am counsel for Plaintiff Ma Ka Lam.

- 1 -

3. The statements made in Plaintiff's Motion to Seal Exhibits are true and accurate to the best of my present knowledge, information and belief.

4. It is necessary to seal the Exhibits to Plaintiff's Response in Opposition to Defendant Rise Huge's Motion to Dismiss to protect confidentiality associated with the underlying arbitration award.

DATED: May 9, 2023

*Caleb Kruckenberg*