# EXHIBIT 1

# EXHIBIT 1
# FILED CONDITIONALLY UNDER SEAL

# EXHIBIT 1-1

# EXHIBIT 1-1
# FILED CONDITIONALLY UNDER SEAL

# EXHIBIT 1-2

# EXHIBIT 1-2
# FILED CONDITIONALLY UNDER SEAL

# EXHIBIT 2

# EXHIBIT 2
# FILED CONDITIONALLY UNDER SEAL

# EXHIBIT 3

# EXHIBIT 3
# FILED CONDITIONALLY UNDER SEAL

# EXHIBIT 4

# EXHIBIT 4
# FILED CONDITIONALLY UNDER SEAL

# EXHIBIT 5

# EXHIBIT 5
# FILED CONDITIONALLY UNDER SEAL

# EXHIBIT 6

# EXHIBIT 6
# FILED CONDITIONALLY UNDER SEAL