# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MA KA LAM<br><br>　　　　　　*Plaintiff*,<br>　　v.<br><br>RISE HUGE CORPORATION LTD., and<br>TWIST BIOSCIENCE CORP.<br><br>　　　　　　*Defendants*. | Case No. 3:22-cv-06094<br><br>**[PROPOSED] ORDER ON PLAINTIFF'S MOTION FOR SUMMARY CONFIRMATION** |

| | |
|---|---|
| 1 | Having considered Plaintiff Ma Ka Lam's Motion for Summary Confirmation of an Arbitration |
| 2 | Award issued by the Hong Kong International Arbitration Center on June 8, 2022, and any response by |
| 3 | Defendant Rise Huge Corporation, Ltd., the Court GRANTS Plaintiff's Motion, and CONFIRMS the June |
| 4 | 8th award in full, and specifically CONFIRMS the arbitral finding that Plaintiff Ma Ka Lam is the true |
| 5 | beneficial owner of 4,427,459 shares of Series D Preferred Stock in Twist Bioscience Corp., as evinced |
| 6 | by certificate number PD-96, dated May 30, 2017. |
| 7 | IT IS SO ORDERED. |

Dated: _____

_____
TRINA L. THOMPSON
UNITED STATES DISTRICT JUDGE