JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
JAVIER A. SILVA (SBN 335910)
jsilva@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:   (415) 773-5900
Facsimile:    (415) 773-5759

Attorneys for Defendant
Twist Bioscience Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MA KA LAM,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>RISE HUGE CORPORATION LTD., and TWIST BIOSCIENCE CORPORATION,<br><br>　　　　　　Defendants. | Case No. 3:22-cv-06094-TLT<br><br>**DEFENDANT TWIST BIOSCIENCE CORPORATION'S RESPONSE TO ORDER TO SHOW CAUSE** |

The Court has directed Defendant Twist Bioscience Corporation ("Twist") to show cause as to why Twist has not entered the case. *See* Order to Show Cause Why Party Has Not Appeared, ECF No. 41 (the "Order"). Twist submits this statement in response to the Court's Order.

This action arises out of a long running dispute between Plaintiff Ma Ka Lam ("Ms. Ma") and Defendant Rise Huge Corporation Ltd. ("Rise Huge") regarding ownership of Twist shares. Specifically, Ms. Ma alleges that she is the rightful owner of a number of Twist shares and seeks confirmation of an international arbitration award against Rise Huge and a declaratory judgment directing Twist to reissue the disputed shares in her name. Thus, Twist's role in this action is limited to the purpose of effectuating any potential judgment requiring re-issuance of its shares.

Because Twist is not otherwise a party in interest to this action, counsel for Ms. Ma offered Twist an open extension of time to respond to the complaint in this matter. To conserve client and judicial resources, Twist accepted the open extension of time. That said, Twist has maintained open communication with counsel for Ms. Ma, and generally stayed up to date on the progress of the matter.

Twist has entered a notice of appearance and looks forward to appearing at the status conference scheduled for August 10, 2023. *See* Notice of Appearance, ECF No. 45.

Dated: June 9, 2023

Respectfully submitted,

JAMES N. KRAMER
JAVIER A. SILVA
Orrick, Herrington & Sutcliffe LLP

By: _____*/s/ James N. Kramer*_____
JAMES N. KRAMER
Attorneys for Defendant
Twist Bioscience Corporation