25. Twist has developed a proprietary semiconductor-based synthetic DNA manufacturing process featuring a high throughput silicon platform capable of producing synthetic biology tools, including genes, oligonucleotide tools and variant libraries. The platform overcomes existing inefficiencies of synthetic DNA production, and enables cost-effective and high-quality synthetic gene production. This in turn expedites the design, build and test cycle to enable personalised medicines, sustainable chemical production, improved agriculture production, diagnostics and bio-detection. Twist leverages its unique technology platform to manufacture a broad range of synthetic DNA-based products and antibody libraries for drug discovery and development. Its products are used by customers in fields such as medicine, agriculture, industrial chemicals and data storage.

26. At all material times, its Chief Executive Officer (CEO) was and still is Ms Emily M. Leproust, Ph.D. (**"Ms Leproust"**). According to her biography on the website of Twist, in 2015, she was named one of Foreign Policy's 100 Leading Global Thinkers for fast-tracking the building blocks of life, and Fast Company named her one of the most creative people in business for synthesizing DNA faster than ever.

E.   **My Interest in Investing in Twist**

27. Since early January 2017, GF Xinde explored for itself and its clients making investments in Twist. I understand that it arranged and attended various meetings and discussions with the management of Twist, including Ms Leproust, Mr Solange Glaize (former Chief Financial Officer), Mr Mark Daniels (General Counsel), Mr David Maddow, Siyuan Chen (scientist).

28. I understand that on 25 January 2017, GF Xinde executed a non-disclosure agreement to facilitate its due diligence in Twist. By the end of January 2017, Twist created a data room for GF Xinde to access their confidential information for the purpose of due diligence.[7]

---

[7] **AP-7/32-386**, Email from MXY of GF Xinde to Mr Yang Le dated 14 April 2017 enclosing the email communication between MXY with management of Twist (with attachments).

29. After Twist's successful first round of Series D fundraising and GF Xinde's study of Twist's data room, GF Xinde developed more confidence and interest in the company and its management team. In the meantime, MXY of GF Xinde also introduced me to the opportunity to invest in the Series D+ round fundraising.[8]

30. MXY provided some basic information about the Twist to me, including its website and some internet publication. I then instructed my team in Jiangxing to evaluate the investment opportunity, for which they answered in the positive. On 16 February 2017, I contacted MXY again to ask for more information about the investment, including the financial information of Twist.[9]

31. Subsequently, on 14 March 2017, MXY sent an email to me with further information on the investment, including an Investment Memo on the Series' D Extension round financing of Twist. She also informed me that the management team of Twist was about to travel to the Mainland between 20 and 22 March 2017, and GF Xinde had invited them to have a face-to-face meeting in Guangzhou.[10] On 15 March 2017, MXY invited me to attend the meeting with Twist in Guangzhou, to which I agreed.[11]

32. On 21 March 2017, the management team of GF Xinde, Jiang En (姜恩) (investment director at Jiangxing), Mr Yang and myself, amongst others, met with Ms Leproust and Siyuan Chen from Twist at GF Xinde's office in Guangzhou. Before the meeting, I was introduced to Twist as part of the controlling family of Kangmei.[12] During the meeting, I introduced Kangmei. The meeting went well and thereafter, I instructed my team at Jiangxing to conduct further due diligence on Twist.

33. I understand that on 22 March 2017, MXY sent an email to Mr David Maddow and Mr Mark Daniels of Twist informing them that one of GF Xinde's limited partners, "*Jiangxin,*

---

[8] **AP-8/387-474**, WeChat communication records between MXY of GF Xinde and Ms Ka Lam Ma ("KLM").
[9] **AP-8/387-474**, WeChat communication records between MXY of GF Xinde and KLM.
[10] **AP-9/475-562**, Email from MXY of GF Xinde to KLM dated 14 March 2017 (with attachments).
[11] **AP-8/387-474**, WeChat communication records between MXY of GF Xinde and KLM.
[12] **AP-7/32-386**, Email from MXY of GF Xinde to Mr Yang Le dated 14 April 2017 enclosing the email communication between MXY with management of Twist.

8

*the investment company affiliated with Kangmei"*, who attended the meeting would also like to sign a non-disclosure agreement with Twist for the purpose of due diligence.[13] To clarify, Jiangxing is actually not affiliated with Kangmei but they are both related to my family.

34. On 30 March 2017, in the course of considering the investment in Twist, I specifically asked MXY if she knew whether the investment could be made in a personal capacity, to which MXY said it should be fine. I further enquired if GF Xinde could assist with post-investment management work as Twist operates from abroad. MXY confirmed that GF Xinde could assist as a post-deal investment consultant to monitor and advise on all post-deal issues at a consultancy fee equivalent to about 1-2% of the value of the investment.[14]

35. On 3 April 2017, MXY informed Ms Leproust by email that they were working closely with Kangmei (which was in fact me) to finalise the investment decision in Twist. MXY specifically mentioned that:[15]

*"We have had several call conferences to discuss since your meeting in Guangzhou. Emma Lin [i.e. me], the elder daughter of the family, is taking the lead of the investment. Lately she has been managing her personal account and hopes that should would invest under her own name, when the investment committee pass the vote. She believe that Twist's technology could be helpful regarding their ginseng plant in Canada. Her team would like to have a look at the data room briefly before present to the investment committee and they will send me back the signed NDA tomorrow."*

36. On 5 April 2017, I also sent to MXY the non-disclosure agreement signed by me in my personal capacity.[16] MXY then sent the same to Twist on 10 April 2017.[17] She also

---

[13] **AP-7/32-386**, Email from MXY of GF Xinde to Mr Yang Le dated 14 April 2017 enclosing the email communication between MXY with management of Twist.
[14] **AP-8/387-474**, WeChat communication records between MXY of GF Xinde and KLM.
[15] **AP-7/32-386**, Email from MXY of GF Xinde to Mr Yang Le dated 14 April 2017 enclosing the email communication between MXY with management of Twist.
[16] **AP-8/387-474**, WeChat communication records between MXY of GF Xinde and KLM; **AP-10/563-568**, Non-disclosure Agreement dated 24 March 2017 signed by KLM.
[17] **AP-7/32-386**, Email from MXY of GF Xinde to Mr Yang Le dated 14 April 2017 enclosing the email communication between MXY with management of Twist.

9

informed Ms Leproust that GF Xinde was progressing to the investment committee decision-making stage, and was looking into the term sheet and preparing the due diligence report for both GF Xinde's own fund and Kangmei (which was in fact for me).[18]

37. On 14 April 2017, MXY forwarded her foregoing email correspondence with the management of Twist together with draft Series D+ financing investment agreements to Mr Yang for my consideration.[19]

38. On or around 23 April 2017, I followed up with MXY on the remaining investment quota in the Series D+ round fundraising exercise, to which MXY said was US$9.5 million. I confirmed that I continued to be highly interested in the investment but was still confirming the entity to be used for such purpose.[20]

39. On or around 24 April 2017, the investment committee of Jiangxing formally put forward the proposal to invest in Twist in the sum of not more than US$10 million for further approval by me.[21]

40. On 30 April 2017, Mr Rob Woodward of Orrick, Herrington & Sutcliffe LLP (**"Orrick"**), the law firm representing Twist in its Series D+ round financing, circulated various documents to MXY, including the audited financials from the last fiscal year and the full set of the investment agreements to be signed in the fundraising. I understand that Mr Woodward's email and attachments were forwarded to Mr Yang on 2 May 2017 for my consideration.[22]

F.   **Agreement between Me and Mr Chan Siu Muk**

---

[18] **AP-7/32-386**, Email from MXY of GF Xinde to Mr Yang Le dated 14 April 2017 enclosing the email communication between MXY with management of Twist.
[19] **AP-7/32-386**, Email from MXY of GF Xinde to Mr Yang Le dated 14 April 2017 enclosing the email communication between MXY with management of Twist.
[20] **AP-8/387-474**, WeChat communication records between MXY of GF Xinde and KLM.
[21] **AP-11/569-571**, Jiangxing's internal Twist investment proposal submission form dated 24 April 2017.
[22] **AP-12/572**, Email from MXY of GF Xinde to Mr Yang Le dated 2 May 2017 forwarding the email of Mr Rob Woodward of Orrick to MXY dated 30 April 2017 (without attachments)

On the same day, I informed Mr Chan of the successful transfer and thanked him for his assistance.[36]

60. All of the relevant investment funds, although wired through Rise Huge's bank account in Hong Kong in US dollars to Twist, ultimately originated and belonged to me and my family in Mainland China.

61. In Mr Rob Woodward's email dated 31 May 2017, he mentioned that Twist would send the compiled closing documents and stock certificate as soon as possible. The stock certificate was eventually sent by registered mail to Rise Huge, and the originals were later passed on by Mr Tse Yang Xiong (谢仰雄) of Rise Huge to Mr Yang for my safekeeping.[37]

62. During all the foregoing communication between me/Jiangxin and GF Xinde, or between GF Xinde and Twist, neither Rise Huge nor the Chen Brothers had any role to play. The decision to invest in Twist was made by me.

63. After execution by Mr Chan Siu Muk on behalf of Rise Huge, as my agent and/or nominee, of the relevant closing documents, Mr Rob Woodward of Orrick sent compiled executed closing documents that reflect my investment in Twist to MXY of GF Xinde, copying Mr Yang Le (who was my representative during whole material times) directly.[38]

64. Everyone now and then, I or my staff of Jiangxing would bring documents relating to investments which he or Rise Huge execute as my agent and/or nominee to Mr Chan's office in Shenzhen for his signature. Many of those documents, including those for the investment in Twist, were prepared in English. I observe that whenever Mr Chan signed those documents, he would not read them carefully beforehand. My colleagues told me the same. He would not usually take copies of the documents he signed either, even though we would take them away immediately.

---

[36] **AP-13/573-590**, WeChat communication between KLM and Mr Chan Siu Muk.
[37] **AP-18/741-744**, True copy of the original Letter from Orrick dated 18 June 2017 enclosing the Stock Certificate of Rise Huge's shares in Twist.
[38] **AP-19/745-1442**, Email from Mr Rob Woodward of Orrick to MXY of GF Xinde dated 8 June 2017 (with attachments).

15