18. Then on 18 May 2017 MXY sent me the Capital Call Notice in the sum of US$9,499,998.78[12]. This was addressed to Rise Huge. As mentioned above, a sum of around US$9.5 million was remitted to Twist on 29 May 2017.

19. In early June 2017, I brought the execution pages of the documents for execution by Mr Chan on behalf of Rise Huge. After execution by Mr Chan, I sent scanned copies of the same to MXY, and MXY in turn forwarded to Twist's lawyers.[13]

20. I spent a great deal of time working on the 2017 Twist Investment and I believe I was copied in on most of the relevant email correspondence with GF Xinde and Twist. As far as I was concerned it was an investment being made by Ms Ma via Rise Huge, which was acting simply as her nominee and/or agent (I did not think about the precise legal relationship at the time and I have no legal training: all I understood was that Rise Huge's role was simply nominal and the true party to the investment was Ms Ma). I simply do not understand the reference by Mr Chan to Ms Ma being a "messenger" of Madam Xu. I have read Mr Chan's statement and was very surprised to read that he says that the investment was made on behalf of Madam Xu. Had in fact the investment been made on behalf of Madam Xu then I think I would have been bound to know.

**B.     The investment in Sisram/The investment in ZhongAn Online**

21. I have read Ms Ma's account of these investments in her second statement. I don't think I can add anything further to what she has said other than to say that I agree with it.

**C.     The 2018 Twist Investment**

22. In late 2017 I became aware from Ms Ma that GF Xinde were planning to create an investment fund to invest further in Twist and were seeking investors for that fund. I was

---

[12] AP-16/738-739.
[13] AP-19/745-746.