Claim nature:
A. Non-Monetary Claim
B. Statutory Order

No. 10
Originating summons – expedited form
(O. 7 r. 2; O. 29 r. 8A; O. 30 r. 9; O. 62 r. 11A; O. 73 rr. 2, 3 & 4;
O. 100 r. 2; O. 115 rr. 2A, 3, 7 & 24)

Not for service out
of the jurisdiction

HCCT JX / 2022

# IN THE HIGH COURT OF THE
## HONG KONG SPECIAL ADMINISTRATIVE REGION
## COURT OF FIRST INSTANCE
## CONSTRUCTION AND ARBITRATION PROCEEDINGS
## NO JX OF 2022

IN THE MATTER OF SECTION 34(1)(3)
OF THE ARBITRATION ORDINANCE
(CAP. 609)

and

IN THE MATTER OF A PARTIAL FINAL
AWARD ON JURISDICTION DATED 8
JUNE 2022 IN HKIAC/A20173

*BETWEEN*

|  |  |
|---|---|
| RISE HUGE CORPORATION LIMITED | *Plaintiff* *(Claimant in the Arbitration)* |
| and | |
| EVER GLORY LIMITED | *1st Defendant* *(1st Respondent in the Arbitration)* |
| EVER ALPHA FUND L.P. | *2nd Defendant* *(2nd Respondent in the Arbitration)* |
| KA LAM MA | *3rd Defendant* *(Additional Party in the Arbitration)* |

## ORIGINATING SUMMONS

Let (1) the 1st Defendant, Ever Glory Limited, whose registered office is situate at Intertrust Corporate Service (Cayman) Limited, 190 Elgin Avenue, George Town, Grand Cayman KY1-9007, Cayman Islands, (2) the 2nd Defendant, Ever Alpha Fund L.P., whose registered office is situate at Intertrust Corporate Service (Cayman) Limited, 190 Elgin Avenue, George Town, Grand Cayman KY1-9007, Cayman Islands, and (3) the 3rd Defendant, Ka Lam Ma of Room 3209, Huarong Building, 178, Mintian Road, Futian, Shenzhen, the People's Republic of China, attend before the Honourable *Mimmie Chan J* in Chambers (not open to public), at the High Court, Hong Kong, on *Wednes*day, the *28th* day of *September* 2022, at *9:30* o'clock in the fore/afternoon on the hearing of an application by the Plaintiff, Rise Huge Corporation Limited, whose registered office is situate at Room 1502, 15/F, Harcourt House, No. 39 Gloucester Road, Wanchai, Hong Kong, that:-

1. Pursuant to section 34(1)(3) of the Arbitration Ordinance (Cap. 609), the Partial Final Award on Jurisdiction dated 8 June 2022 in case no. HKIAC/A20173 (the "**Ruling**") made by Mr John Beechey CBE, Professor Lu Song, and Mr Paul Mitchard Q.C. (the "**Tribunal**"), in which Ruling the Tribunal ruled as a preliminary question that it has jurisdiction over the 3rd Defendant, be set aside and the Court is to decide the matter;

2. A declaration that the Tribunal has no jurisdiction over the 3rd Defendant, and that the Plaintiff is the true principal and/or party to the Second Amended LPA (as defined in the Partial Final Award); and

3. Costs of this application be to the Plaintiff.

AND let the Defendants within (14 days) after service of this Originating Summons on it counting the day of service, return the accompanying Acknowledgment of Service to the Registry of the High Court.

Dated the 8th day of July 2022.

*Michael 6 ...*

Estimated length: 30 minutes

Registrar

Note: — This summons may not be served later than 12 calendar months beginning with the above date unless renewed by order of the Court.

This Originating Summons was taken out by Michael Li & Co. of Room 901 & 19/F., Prosperity Tower, 39 Queen's Road Central, Central, Hong Kong, Solicitors for the Plaintiff.

Note: — If a defendant does not attend personally or by his counsel or solicitor at the time and place above-mentioned such order will be made as the Court may think just and expedient.

Michael Li & Co.
*Solicitors for the Plaintiff*

**IMPORTANT**
Directions for Acknowledgment of Service are given with the accompanying form.

# 請 注 意

因這是法律文件，忽視它可帶來嚴重的後果。如有疑問，請儘早向發出文件的法庭登記處(香港高等法院：香港金鐘道三十八號高等法院大樓 LG1 字樓)查詢。 你亦應考慮聽取律師的意見或請申請法律援助。

# TAKE NOTICE

(This is a legal document. The consequences of ignoring it may be serious.  If in doubt, you should enquire as soon as possible at the Registry of the Court issuing the document, namely (High Court, Hong Kong: LG1, No. 38 Queensway, High Court Building, Hong Kong). You should also consider taking the advice of a Solicitor or applying for Legal Aid.)

## Acknowledgment of Service of Originating Summons –
## for all cases other than costs-only proceedings under section 52B
## of the High Court Ordinance

(O. 10 r. 5; O. 12 r. 3(1))

*Directions for Acknowledgment of Service*

1. The accompanying form of ACKNOWLEDGMENT OF SERVICE should be detached and completed by a Solicitor acting on behalf of the Defendant or by the Defendant if acting in person. After completion it must be delivered or sent by post to the Registry of the High Court of the following address: –

**LG1, High Court Building, 38 Queensway, Hong Kong.**

2. If the only remedy that the Plaintiff is seeking is the payment of a liquidated amount of money or the payment of an unliquidated amount of money, you may admit the Plaintiff's claim in whole or in part by completing Form No. 16 or 16C (as the case may require) accompanying the Originating Summons.

A completed Form No. 16 or 16C must be filed with the Registry of the High Court and served on the Plaintiff [or the Plaintiff's Solicitors] within the period for filing of the Defendant's affidavit evidence.

3. A Defendant who wishes to dispute the jurisdiction of the Court of First Instance in the proceedings or to argue that the Court of First Instance should not exercise its jurisdiction in the proceedings, and wishes to apply to the Court of First Instance for an order staying the proceedings, must give notice of intention to defend the proceedings and make the application within the time limited for service of a defence.

*See over for Notes for Guidance*

## Notes for Guidance

1.    Each Defendant (if there are more than one) is required to complete an Acknowledgment of Service and return it to the Registry of the High Court.

[2.    For the purpose of calculating the period of 14 days for acknowledging service, an Originating Summons served on the Defendant personally is treated as having been served on the day it was delivered to him and an originating summons served by post or by insertion through the Defendant's letter box is treated as having been served on the seventh day after the date of posting or insertion.]

    (*Note*: Not applicable if the Defendant is a company served at its registered office.)

3.    Where the Defendant is sued in a name different from his own, the form must be completed by him with the addition in paragraph 1 of the words "sued as (the name stated on the Originating Summons)".

4.    Where the Defendant is a FIRM and a Solicitor is not instructed, the form must be completed by a PARTNER by name, with the addition in paragraph 1 of the description "partner in the firm of (...................................................................................)" after his name.

5.    Where the Defendant is sued as an individual TRADING IN A NAME OTHER THAN HIS OWN, the form must be completed by him with the addition in paragraph 1 of the description "trading as (................................)" after his name.

6.    Where the Defendant is a LIMITED COMPANY the form must be completed by a Solicitor or by someone authorized to act on behalf of the Company, but the Company can take no further step in the proceedings without a Solicitor acting on its behalf.

7.    Where the Defendant is a MINOR or a MENTAL Patient, the form must be completed by a Solicitor acting for a guardian ad litem.

8.    A Defendant acting in person may obtain help in completing the form at the Registry of the High Court.

9.    These notes deal only with the more usual cases. In case of difficulty a Defendant in person should refer to paragraph 8 above.

# 原訴傳票送達認收書 — 所有案件

## (根據《高等法院條例》第 52B 條展開的只涉訟費的法律程序除外)

(第 10 號命令第 5 條規則；第 12 號命令第 3(1)條規則)

*關於送達認收書的指示*

1. 隨附的送達認收書表格應由代表被告人行事的律師撕下及填寫，或如被告人是親自行事，則應由被告人撕下及填寫。表格填妥後必須交付或以郵遞方式送交高等法院登記處，登記處的地址是：—

香港金鐘道 38 號高等法院低層 1 樓

2. 如原告人尋求的唯一補救，是支付經算定款項或支付未經算定款項，你可藉填寫隨附於原訴傳票的表格16 或16C (視乎情況所需)，承認原告人的整項申索或其部分。

填妥的表格 16 或 16C 必須在送交被告人的誓章證據存檔的限期內，送交高等法院登記處存檔，並送達原告人[或原告人的律師]。

3. 被告人如意欲對原訟法庭在法律程序中的司法管轄權提出爭議，或意欲辯稱原訟法庭不應在有關法律程序中行使其司法管轄權，並意欲向原訟法庭提出申請，要求作出擱置法律程序的命令，必須就法律程序發出擬抗辯通知書，並必須在送達抗辯書的時限內提出申請。

*填寫指引請見後頁*

# 填寫指引

1. 每一名被告人(如被告人多於一名)均須填寫一份送達認收書，並將之交回高等法院登記處。

[2. 為計算作認收送達的 14 天期限，面交送達被告人的原訴傳票視作已在其交付被告人之日送達，而以郵遞或投入被告人信箱的方式送達的原訴傳票，則視作已在投寄或投入被告人信箱之日後第七天送達。]

(備註：如被告人是一間公司而原訴傳票是在該公司的註冊辦事處送達，則此條並不適用。)

3. 凡被告人是以有別於其本身姓名或名稱的姓名或名稱被起訴，表格必須由他填寫，並須在第 1 段中加上"以(原訴傳票所述明的姓名或名稱)之名被起訴"等字。

4. 凡被告人是一間商號，且並沒有指示律師代為行事，表格必須由一名合夥人以其姓名或名稱填寫，並須在第 1 段中在其姓名或名稱之後加上"(..................................................)商號的合夥人"的描述。

5. 凡被告人是以個人身分以其本身姓名以外的名稱營業而被起訴，表格必須由他填寫，並須在第 1 段中在其姓名之後加上"以(..........................................................)之名營業"的描述。

6. 凡被告人是一間有限公司，表格必須由律師或獲授權代該公司行事的人填寫，但該公司如無律師代表行事，則不得在法律程序中採取進一步的步驟。

7. 凡被告人是未成年人或精神病人，表格必須由辯護監護人的代表律師填寫。

8. 親自行事的被告人可在高等法院登記處獲取協助填寫表格。

9. 本填寫指引只適用於比較普通的案件，親自行事的被告人如有困難應參閱上文第 8 段。

# IN THE HIGH COURT OF THE

## HONG KONG SPECIAL ADMINISTRATIVE REGION

## COURT OF FIRST INSTANCE

## CONSTRUCTION AND ARBITRATION PROCEEDINGS

## NO      OF 2022

IN THE MATTER OF SECTION 34(1)(3) OF THE ARBITRATION ORDINANCE (CAP. 609)

and

IN THE MATTER OF A PARTIAL FINAL AWARD ON JURISDICTION DATED 8 JUNE 2022 IN HKIAC/A20173

*BETWEEN*

| | |
|---|---|
| RISE HUGE CORPORATION LIMITED | *Plaintiff (Claimant in the Arbitration)* |
| and | |
| EVER GLORY LIMITED | *1st Defendant (1st Respondent in the Arbitration)* |
| EVER ALPHA FUND L.P. | *2nd Defendant (2nd Respondent in the Arbitration)* |
| KA LAM MA | *3rd Defendant (Additional Party in the Arbitration)* |

## ACKNOWLEDGMENT OF SERVICE OF ORIGINATING SUMMONS

If you intend to instruct a Solicitor to act for you, give him this form IMMEDIATELY.

*Important.* Read the accompanying directions and notes for guidance carefully before completing this form. If any information required is omitted or given wrongly, THIS FORM MAY HAVE TO BE RETURNED.

see Notes 1, 3, 4 and 5.

1.   State the full name of the Defendant by whom or on whose behalf the service of the Originating Summons is being acknowledged.

2. State whether the Defendant intends to contest the proceedings (tick appropriate box)

☐ yes        ☐ no

See Direction 3.    3. If the only remedy that the Plaintiff is seeking is the payment of a liquidated amount of money or the payment of an unliquidated amount of money, state whether the Defendant intends to make an admission (tick appropriate box).

☐ yes        ☐ no

If yes, the Defendant may make the admission by completing Form No. 16 or 16C (as the case may require) accompanying the Originating Summons.

Where words appear between square brackets, delete if inapplicable.

Service of the Originating Summons is acknowledged accordingly.

(Signed) [Solicitor] (            )

[Defendant in person]

Address for service

*Notes as to Address for Service*

Solicitor. Where the Defendant is represented by a Solicitor, state the Solicitor's place of business in Hong Kong.

Defendant in person. Where the Defendant is acting in person, he must give his residence OR, if he does not reside in Hong Kong, he must give an address in Hong Kong where communications for him should be sent. In the case of a limited company, "residence" (居所) means its registered or principal office.

**Michael Li & Co.**
Solicitors for the Plaintiff
Room 901 & 19/F., Prosperity Tower
39 Queen's Road Central
Central, Hong Kong
Tel: 2110 2990
Fax: 2110 9180
(Ref: HW/BL/2216822)

HCCT      / 2022

# IN THE HIGH COURT OF THE

# HONG KONG SPECIAL ADMINISTRATIVE REGION

# COURT OF FIRST INSTANCE

# CONSTRUCTION AND ARBITRATION PROCEEDINGS

## NO      OF 2022

IN THE MATTER OF SECTION 34(1)(3) OF THE ARBITRATION ORDINANCE (CAP. 609)

and

IN THE MATTER OF A PARTIAL FINAL AWARD ON JURISDICTION DATED 8 JUNE 2022 IN HKIAC/A20173

*BETWEEN*

|  |  |
|---|---|
| RISE HUGE CORPORATION LIMITED | *Plaintiff (Claimant in the Arbitration)* |
| and | |
| EVER GLORY LIMITED | *1st Defendant (1st Respondent in the Arbitration)* |
| EVER ALPHA FUND L.P. | *2nd Defendant (2nd Respondent in the Arbitration)* |
| KA LAM MA | *3rd Defendant (Additional Party in the Arbitration)* |

## ACKNOWLEDGMENT OF SERVICE OF ORIGINATING SUMMONS

If you intend to instruct a Solicitor to act for you, give him this form IMMEDIATELY.

*Important.* Read the accompanying directions and notes for guidance carefully before completing this form. If any information required is omitted or given wrongly, THIS FORM MAY HAVE TO BE RETURNED.

see Notes 1, 3, 4 and 5.

1. State the full name of the Defendant by whom or on whose behalf the service of the Originating Summons is being acknowledged.

2. State whether the Defendant intends to contest the proceedings (tick appropriate box)

☐ yes          ☐ no

See Direction 3. 3. If the only remedy that the Plaintiff is seeking is the payment of a liquidated amount of money or the payment of an unliquidated amount of money, state whether the Defendant intends to make an admission (tick appropriate box).

☐ yes          ☐ no

If yes, the Defendant may make the admission by completing Form No. 16 or 16C (as the case may require) accompanying the Originating Summons.

Where words appear between square brackets, delete if inapplicable.

Service of the Originating Summons is acknowledged accordingly.

(Signed) [Solicitor] (                    )
[Defendant in person]

Address for service

*Notes as to Address for Service*

Solicitor. Where the Defendant is represented by a Solicitor, state the Solicitor's place of business in Hong Kong.

Defendant in person. Where the Defendant is acting in person, he must give his residence OR, if he does not reside in Hong Kong, he must give an address in Hong Kong where communications for him should be sent. In the case of a limited company, "residence" (居所) means its registered or principal office.

**Michael Li & Co.**
Solicitors for the Plaintiff
Room 901 & 19/F., Prosperity Tower
39 Queen's Road Central
Central, Hong Kong
Tel: 2110 2990
Fax: 2110 9180
(Ref: HW/BL/2216822)

# IN THE HIGH COURT OF THE
## HONG KONG SPECIAL ADMINISTRATIVE REGION
## COURT OF FIRST INSTANCE
## CONSTRUCTION AND ARBITRATION PROCEEDINGS
## NO      OF 2022

IN THE MATTER OF SECTION 34(1)(3) OF THE ARBITRATION ORDINANCE (CAP. 609)

and

IN THE MATTER OF A PARTIAL FINAL AWARD ON JURISDICTION DATED 8 JUNE 2022 IN HKIAC/A20173

*BETWEEN*

| | |
|---|---|
| RISE HUGE CORPORATION LIMITED | *Plaintiff (Claimant in the Arbitration)* |
| and | |
| EVER GLORY LIMITED | *1st Defendant (1st Respondent in the Arbitration)* |
| EVER ALPHA FUND L.P. | *2nd Defendant (2nd Respondent in the Arbitration)* |
| KA LAM MA | *3rd Defendant (Additional Party in the Arbitration)* |

## ACKNOWLEDGMENT OF SERVICE OF ORIGINATING SUMMONS

If you intend to instruct a Solicitor to act for you, give him this form IMMEDIATELY.

*Important.* Read the accompanying directions and notes for guidance carefully before completing this form. If any information required is omitted or given wrongly, THIS FORM MAY HAVE TO BE RETURNED.

see Notes 1, 3, 4 and 5.

1.   State the full name of the Defendant by whom or on whose behalf the service of the Originating Summons is being acknowledged.

2. State whether the Defendant intends to contest the proceedings (tick appropriate box)

☐ yes    ☐ no

See Direction 3. 3. If the only remedy that the Plaintiff is seeking is the payment of a liquidated amount of money or the payment of an unliquidated amount of money, state whether the Defendant intends to make an admission (tick appropriate box).

☐ yes    ☐ no

If yes, the Defendant may make the admission by completing Form No. 16 or 16C (as the case may require) accompanying the Originating Summons.

Where words appear between square brackets, delete if inapplicable.

Service of the Originating Summons is acknowledged accordingly.

(Signed) [Solicitor] (                    )

[Defendant in person]

Address for service

*Notes as to Address for Service*

Solicitor. Where the Defendant is represented by a Solicitor, state the Solicitor's place of business in Hong Kong.

Defendant in person. Where the Defendant is acting in person, he must give his residence OR, if he does not reside in Hong Kong, he must give an address in Hong Kong where communications for him should be sent. In the case of a limited company, "residence" (居所) means its registered or principal office.

**Michael Li & Co.**
Solicitors for the Plaintiff
Room 901 & 19/F., Prosperity Tower
39 Queen's Road Central
Central, Hong Kong
Tel: 2110 2990
Fax: 2110 9180
(Ref: HW/BL/2216822)

HCCT　　/ 2022

**香港特別行政區**
**高等法院**
**原訟法庭**
**高院建築及仲裁訴訟案件 2022 年第　　　　號**

———————————

有關第 609 章《仲裁條例》第 34(1)(3) 條

及

有關仲裁案 HKIAC/A20173 中 2022 年 6 月 8 日的部分最終管轄權裁決

———————————

| RISE HUGE CORPORATION LIMITED | *原告人 (仲裁的申請人)* |
|---|---|

及

| EVER GLORY LIMITED | *第一被告人 (仲裁的第一答辯人)* |
|---|---|
| EVER ALPHA FUND L.P. | *第二被告人 (仲裁的第二答辯人)* |
| KA LAM MA | *第三被告人 (仲裁的新增當事人)* |

———————————

**原訴傳票送達認收書**

如你擬指示律師代為行事，請立即將本表格交給他。

*重要事項*：填寫本表格前請小心閱讀隨附的指示及填寫指引。如錯誤提供任何所需資料或該等資料有所遺漏，則本表格可能須予退回。

| 見指引 1、3、4 及 5。 | 1. | 述明對原訴傳票作認收送達或由他人代為對原訴傳票作認收送達的被告人的全名。 |
|---|---|---|

| | 2. | 述明被告人是否擬就法律程序提出爭議。 (在適用的方格內加上"✓"號) |
|---|---|---|

　　　　　　□ 是　　　　　　　　　　□ 否

見指示2。　　　3.　　如原告人尋求的唯一補救，是支付經算定款項或支付未經算定
　　　　　　　　　　　　款項，述明被告人是否擬作出承認。
　　　　　　　　　　　　(在適用的方格內加上"√"號)

　　　　　　　　　　　　　　　　□ 是　　　　　　　　　　　□ 否

　　　　　　　　　　　　如擬作出承認，被告人可藉填寫隨附於原訴傳票的表格 16 或
　　　　　　　　　　　　表格 16C (視乎情況所需) 而作出承認。

方括號內字　　本人據此對原訴傳票作送達認收。
句如不適用
請予刪去。


　　　　　　　　　　　　　　　　　　(簽署) [律師] (　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　[無律師代表的被告人]
　　　　　　送達地址




*關於送達地址的備註*

　　　律師：　凡被告人是由律師代表，述明該律師在香港的營業地點。

　　　無律師代表的被告人：凡被告人是親自行事，被告人必須填上其居所，
或如被告人並非居於香港，則必須填上一個給予他的通訊所應送交的香港地址。
如屬有限公司，"居所"(residence)指其註冊或主要辦事處。



　　　　　　　　　　　　　　**李智聰律師事務所**
　　　　　　　　　　　　　　原告人之代表律師
　　　　　　　　　　香港中環皇后大道中三十九號
　　　　　　　　　　豐盛創建大廈十九樓及九零一室
　　　　　　　　　　　　電話: 2110 2990
　　　　　　　　　　　　傳真: 2110 9180
　　　　　　　　　　(檔案編號：HW/BL/2216822)

HCCT　　/2022

香港特別行政區
高等法院
原訟法庭

**高院建築及仲裁訴訟案件 2022 年第　　　號**

---

有關第 609 章《仲裁條例》第 34(1)(3)條

及

有關仲裁案 HKIAC/A20173 中 2022 年 6 月
8 日的部分最終管轄權裁決

---

| | |
|---|---|
| RISE HUGE CORPORATION LIMITED | 原告人 *(仲裁的申請人)* |
| 及 | |
| EVER GLORY LIMITED | 第一被告人 *(仲裁的第一答辯人)* |
| EVER ALPHA FUND L.P. | 第二被告人 *(仲裁的第二答辯人)* |
| KA LAM MA | 第三被告人 *(仲裁的新增當事人)* |

---

**原訴傳票送達認收書**

如你擬指示律師代為行事，請立即將本表格交給他。

　　*重要事項*：填寫本表格前請小心閱讀隨附的指示及填寫指引。如錯誤提供任何所需資料或該等資料有所遺漏，則本表格可能須予退回。

| 見指引 1、3、4 及 5。 | 1. | 述明對原訴傳票作認收送達或由他人代為對原訴傳票作認收送達的被告人的全名。 |
|---|---|---|

---

| | 2. | 述明被告人是否擬就法律程序提出爭議。(在適用的方格內加上 "✓" 號) |
|---|---|---|

　　　　　□ 是　　　　　　　　　□ 否

---

見指示2。 3. 如原告人尋求的唯一補救，是支付經算定款項或支付未經算定款項，述明被告人是否擬作出承認。

(在適用的方格內加上"✓"號)

□ 是 □ 否

如擬作出承認，被告人可藉填寫隨附於原訴傳票的表格 16 或表格 16C (視乎情況所需) 而作出承認。

方括號內字句如不適用請予刪去。 本人據此對原訴傳票作送達認收。

(簽署) [律師] ( )
[無律師代表的被告人]

送達地址

*關於送達地址的備註*

律師： 凡被告人是由律師代表，述明該律師在香港的營業地點。

無律師代表的被告人： 凡被告人是親自行事，被告人必須填上其居所，或如被告人並非居於香港，則必須填上一個給予他的通訊所應送交的香港地址。如屬有限公司，"居所"(residence)指其註冊或主要辦事處。

李智聰律師事務所
原告人之代表律師
香港中環皇后大道中三十九號
豐盛創建大廈十九樓及九零一室
電話: 2110 2990
傳真: 2110 9180
(檔案編號：HW/BL/2216822)

**香港特別行政區**
**高等法院**
**原訟法庭**
**高院建築及仲裁訴訟案件 2022 年第　　　號**

------------------------

有關第 609 章《仲裁條例》第 34(1)(3)條

及

有關仲裁案 HKIAC/A20173 中 2022 年 6 月 8 日的部分最終管轄權裁決

------------------------

| | |
|---|---|
| RISE HUGE CORPORATION LIMITED | 原告人 *(仲裁的申請人)* |
| 及 | |
| EVER GLORY LIMITED | 第一被告人 *(仲裁的第一答辯人)* |
| EVER ALPHA FUND L.P. | 第二被告人 *(仲裁的第二答辯人)* |
| KA LAM MA | 第三被告人 *(仲裁的新增當事人)* |

------------------------

**原訴傳票送達認收書**

如你擬指示律師代為行事，請立即將本表格交給他。

*重要事項*：填寫本表格前請小心閱讀隨附的指示及填寫指引。如錯誤提供任何所需資料或該等資料有所遺漏，則本表格可能須予退回。

| | | |
|---|---|---|
| 見指引 1、3、4 及 5。 | 1. | 述明對原訴傳票作認收送達或由他人代為對原訴傳票作認收送達的被告人的全名。 |
| | 2. | 述明被告人是否擬就法律程序提出爭議。(在適用的方格內加上"✓"號) |

　　　　　　　□ 是　　　　　　　　　　□ 否

------------------------

見指示2。 3. 如原告人尋求的唯一補救，是支付經算定款項或支付未經算定款項，述明被告人是否擬作出承認。
(在適用的方格內加上"✓"號)

□ 是　　　　　　　　□ 否

如擬作出承認，被告人可藉填寫隨附於原訴傳票的表格 16 或表格 16C (視乎情況所需) 而作出承認。

方括號內字句如不適用請予刪去。 本人據此對原訴傳票作送達認收。


(簽署) [律師] (　　　　　　　　　)
[無律師代表的被告人]

送達地址


*關於送達地址的備註*

律師： 凡被告人是由律師代表，述明該律師在香港的營業地點。

無律師代表的被告人： 凡被告人是親自行事，被告人必須填上其居所，或如被告人並非居於香港，則必須填上一個給予他的通訊所應送交的香港地址。如屬有限公司，"居所"(residence)指其註冊或主要辦事處。


李智聰律師事務所
原告人之代表律師
香港中環皇后大道中三十九號
豐盛創建大廈十九樓及九零一室
電話: 2110 2990
傳真： 2110 9180
(檔案編號： HW/BL/2216822)

香港特別行政區
高等法院
原訟法庭
高院建築及仲裁訴訟案件 2022 年第　　號

---

有關第 609 章《仲裁條例》第 34(1)(3)條

及

有關仲裁案 HKIAC/A20173 中 2022 年 6 月 8 日的
部分最終管轄權裁決

---

| RISE HUGE CORPORATION LIMITED | *原告人*<br>*(仲裁的申請人)* |
|---|---|

及

| EVER GLORY LIMITED | *第一被告人*<br>*(仲裁的第一答辯人)* |
|---|---|
| EVER ALPHA FUND L.P. | *第二被告人*<br>*(仲裁的第二答辯人)* |
| KA LAM MA | *第三被告人*<br>*(仲裁的新增當事人)* |

---

原訴傳票

---

發出日期：2022 年 7 月 8 日

李智聰律師事務所
原告人之代表律師
香港中環皇后大道中三十九號
豐盛創建大廈十九樓及九零一室
電話: 2110 2990
傳真: 2110 9180
(檔案編號：HW/BL/2216822)

IN THE HIGH COURT OF THE
HONG KONG SPECIAL ADMINISTRATIVE REGION
COURT OF FIRST INSTANCE
CONSTRUCTION AND ARBITRATION PROCEEDINGS
NO ꝑ OF 2022

IN THE MATTER OF
SECTION 34(1)(3) OF THE
ARBITRATION ORDINANCE
(CAP. 609)

and

IN THE MATTER OF A
PARTIAL FINAL AWARD ON
JURISDICTION DATED 8
JUNE 2022 IN HKIAC/A20173

*BETWEEN*

| | |
|---|---|
| RISE HUGE CORPORATION LIMITED | *Plaintiff* <br> *(Claimant in the Arbitration)* |

and

| | |
|---|---|
| EVER GLORY LIMITED | *1ˢᵗ Defendant* <br> *(1ˢᵗ Respondent in the Arbitration)* |
| EVER ALPHA FUND L.P. | *2ⁿᵈ Defendant* <br> *(2ⁿᵈ Respondent in the Arbitration)* |
| KA LAM MA | *3ʳᵈ Defendant* <br> *(Additional Party in the Arbitration)* |

---

**ORIGINATING SUMMONS**

---

Issued on the 8ᵗʰ day of July 2022.

**Michael Li & Co.**
Solicitors for the Plaintiff
Room 901 & 19/F., Prosperity Tower
39 Queen's Road Central
Central, Hong Kong
Tel: 2110 2990
Fax: 2110 9180
(Ref: HW/BL/2216822)
