Amended as in red this 1st day of November 2022 pursuant to the Order of the Honourable Madam Justice Mimmie Chan dated 26th October 2022.

Registrar

| Claim nature: |
| --- |
| A. Non-Monetary Claim |
| B. Statutory Order |

No. 10
**Originating summons – expedited form**
(O. 7 r. 2; O. 29 r. 8A; O. 30 r. 9; O. 62 r. 11A; O. 73 rr. 2, 3 & 4; O. 100 r. 2; O. 115 rr. 2A, 3, 7 & 24)

HCCT 54 / 2022

# IN THE HIGH COURT OF THE
# HONG KONG SPECIAL ADMINISTRATIVE REGION
# COURT OF FIRST INSTANCE
# CONSTRUCTION AND ARBITRATION PROCEEDINGS
# NO 54 OF 2022

IN THE MATTER OF SECTION 34(1)(3) OF THE ARBITRATION ORDINANCE (CAP. 609)

and

IN THE MATTER OF A PARTIAL FINAL AWARD ON JURISDICTION DATED 8 JUNE 2022 **AND A PARTIAL FINAL AWARD ON COSTS DATED 20 SEPTEMBER 2022** IN HKIAC/A20173

*BETWEEN*

| | | |
|---|---|---|
| | RISE HUGE CORPORATION LIMITED | *Plaintiff (Claimant in the Arbitration)* |
| | and | |
| | EVER GLORY LIMITED | *1st Defendant (1st Respondent in the Arbitration)* |
| | EVER ALPHA FUND L.P. | *2nd Defendant (2nd Respondent in the Arbitration)* |
| | KA LAM MA | *3rd Defendant (Additional Party in the Arbitration)* |

**AMENDED ORIGINATING SUMMONS**

Let (1) the 1st Defendant, Ever Glory Limited, whose registered office is situate at Intertrust Corporate Service (Cayman) Limited, 190 Elgin Avenue, George Town, Grand Cayman KY1-9007, Cayman Islands, (2) the 2nd Defendant, Ever Alpha Fund L.P., whose registered office is situate at Intertrust Corporate Service (Cayman) Limited, 190 Elgin Avenue, George Town, Grand Cayman KY1-9007, Cayman Islands, and (3) the 3rd Defendant, Ka Lam Ma of Room 3209, Huarong Building, 178, Mintian Road, Futian, Shenzhen, the People's Republic of China, attend before the Honourable Madam Justice Mimmie Chan in Chambers (not open to public), at the High Court, Hong Kong, on Wednesday, the 28th day of September 2022, at 9:30 o'clock in the fore/~~afternoon~~ on the hearing of an application by the Plaintiff, Rise Huge Corporation Limited, whose registered office is situate at Room 1502, 15/F, Harcourt House, No. 39 Gloucester Road, Wanchai, Hong Kong, that:-

1. Pursuant to section 34(1)(3) of the Arbitration Ordinance (Cap. 609), the Partial Final Award on Jurisdiction dated 8 June 2022, together with the supplemental Partial Final Award on Costs dated 20 September 2022, in case no. HKIAC/A20173 (conjunctively, the "**Ruling**") made by Mr John Beechey CBE, Professor Lu Song, and Mr Paul Mitchard Q.C. (the "**Tribunal**"), in which Ruling the Tribunal ruled as a preliminary question that it has jurisdiction over the 3rd Defendant and that the Plaintiff shall bear the 1st and 3rd Defendants' costs provided for in the Ruling (including their respective legal costs and expenses and their respective share of the fees and expenses of the HKIAC and the Tribunal), be set aside and the Court is to decide the matter;

2. A declaration that the Tribunal has no jurisdiction over the 3rd Defendant, and that the Plaintiff is the true principal and/or party to the Second Amended LPA (as defined in the ~~Partial Final Award~~Ruling);

3. An Order that the Plaintiff's costs of HKIAC/A20173 relating to the Ruling (including its own legal costs and expenses and its share of the fees and expenses of the HKIAC and the Tribunal) be paid jointly and severally by the 1st and 3rd Defendants, to be taxed on an indemnity basis if not agreed by the parties; and

4. Costs of this application be to the Plaintiff.

AND let the Defendants within (14 days) after service of this Originating Summons on it counting the day of service, return the accompanying Acknowledgment of Service to the Registry of the High Court.

Dated the 8th day of July 2022.

Re-dated this 1st day of November 2022.

Estimated length: 30 minutes

[Signed]

Registrar

Note: – This summons may not be served later than 12 calendar months beginning with the above date unless renewed by order of the Court.

This Originating Summons was taken out by Michael Li & Co. of Room 901 & 19/F., Prosperity Tower, 39 Queen's Road Central, Central, Hong Kong, Solicitors for the Plaintiff.

Note: — If a defendant does not attend personally or by his counsel or solicitor at the time and place above-mentioned such order will be made as the Court may think just and expedient.

[Signed]

Michael Li & Co.
*Solicitors for the Plaintiff*

Michael Li & Co.
*Solicitors for the Plaintiff*

**IMPORTANT**
Directions for Acknowledgment of Service are given with the accompanying form.

HCCT 54 / 2022

IN THE HIGH COURT OF THE
HONG KONG SPECIAL ADMINISTRATIVE REGION
COURT OF FIRST INSTANCE
CONSTRUCTION AND ARBITRATION PROCEEDINGS
NO 54 OF 2022

IN THE MATTER OF SECTION 34(1)(3) OF THE ARBITRATION ORDINANCE (CAP. 609)

and

IN THE MATTER OF A PARTIAL FINAL AWARD ON JURISDICTION DATED 8 JUNE 2022 **AND A PARTIAL FINAL AWARD ON COSTS DATED 20 SEPTEMBER 2022** IN HKIAC/A20173

BETWEEN

| | | |
|---|---|---|
| | RISE HUGE CORPORATION LIMITED | *Plaintiff* *(Claimant in the Arbitration)* |
| and | | |
| | EVER GLORY LIMITED | *1st Defendant* *(1st Respondent in the Arbitration)* |
| | EVER ALPHA FUND L.P. | *2nd Defendant* *(2nd Respondent in the Arbitration)* |
| | KA LAM MA | *3rd Defendant* *(Additional Party in the Arbitration)* |

---

**AMENDED ORIGINATING SUMMONS**

---

Issued on the 8th day of July 2022.
Re-issued on the 1st day of November 2022.

Michael Li & Co.
Solicitors for the Plaintiff
Room 901 & 19/F., Prosperity Tower
39 Queen's Road Central
Central, Hong Kong
Tel: 2110 2990
Fax: 2110 9180
(Ref: HW/BL/2216822)